THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD A. LANGAN, Appellant, *v.* JOHN THATCHER, as Superintendent of Buildings of the Borough of Brooklyn, City of New York, Respondent.

*People ex rel. Langan* v. *Thatcher,* 140 App. Div. 896, affirmed.

(Argued January 3, 1911; decided January 17, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

October 7, 1910, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant to recognize the relator as chief inspector of elevators in his office and to permit him to perform the duties thereof.

*John F. Carew* for appellant.

*Archibald R. Watson, Corporation Counsel* (*James D. Bell* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.